**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CONSTANZA E. MANCILLA DE AREIZAGA,<br><br>     Plaintiff(s),<br><br>v.<br><br>NEW PENN FINANCIAL LLC, *et al.*,<br><br>     Defendant(s). | Case No.: 2:18-cv-02072-APG-NJK<br><br>**Order**<br><br>(Docket No. 6) |

Pending before the Court is the parties' stipulation to extend the deadline to answer the second amended complaint. Docket No. 6. The parties ask the Court to extend the deadline to respond to the second amended complaint from November 2, 2018, to November 16, 2018. Local Rule IA 6-1(a) requires that the parties demonstrate that failure to file the motion before the expiration of the deadline was the result of excusable neglect. The parties fail to address, let alone demonstrate, excusable neglect. Docket No. 6. Accordingly, the parties' request to extend discovery deadlines is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: November 7, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1