1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 TENESA POWELL, ESQ.
Nevada Bar No. 12488
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: tenesa.powell@akerman.com

*Attorneys for New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing as Servicer for the Bank of New York Mellon fka the Bank of New York as Trustee for the Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Trust 2006-21 Mortgage Pass Through Certificates Series 2006-21, Bank of America, N.A. and Resurgent Mortgage Servicing a Division of Resurgent Capital Services, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANZA E. MANCILLA DE AREIZAGA,<br><br>Plaintiff,<br><br>vs.<br><br>NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC. CHL MORTGAGE PASS THROUGH; BANK OF AMERICA, N.A. FKA COUNTRYWIDE HOME LOANS SERVICING, LP; RESURGENT MORTGAGE SERVICING A DIVISION OF RESURGENT CAPITAL SERVICES LP; SABLES, LLC; DOES 1-10; ROE CORPORATIONS 1-20; INCLUSIVE,<br><br>Defendants. | Case No.: 2:18-cv-02072-APG-NJK<br><br>**STIPULATION AND ORDER TO REMAND** |

Defendants New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing as Servicer for the Bank of New York Mellon fka the Bank of New York as Trustee for the Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Trust 2006-21 Mortgage Pass Through Certificates

Series 2006-21, Bank of America, N.A. and Resurgent Mortgage Servicing a Division of Resurgent Capital Services, LP (**Defendants**) and Plaintiff Constanza E. Mancilla De Areizaga (**Areizaga**), by and through their respective counsel of record, hereby stipulate and agree as follows:

The parties stipulate that this action shall be remanded to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-781351-C, with each party to bear its own fees and costs.

DATED: November 13, 2018.

| **AKERMAN LLP** | **ALDRICH LAW FIRM, LTD.** |
|---|---|
| */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8267<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing as Servicer for the Bank of New York Mellon fka the Bank of New York as Trustee for the Certificate Holders of CWMBS, Inc. CHL Mortgage Pass Through Trust 2006-21 Mortgage Pass Through Certificates Series 2006-21* | */s/ Catherine Hernandez*<br>JOHN P. ALDRICH, ESQ.<br>Nevada Bar No. 6877<br>CATHERINE HERNANDEZ, ESQ.<br>Nevada Bar No. 8410<br>1601 S. Rainbow Blvd. Suite 160<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Constanza E. Mancilla De Areizaga* |

**ORDER**

**IT IS SO ORDERED.**

Dated: November 14, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

46933510;1